IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-179

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| FRAZIER DERRING | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to set aside or vacate convictions, pursuant to 18 U.S.C. § 3532 (regarding Fed. R. Crim. P. 29) and 28 U.S.C. § 636 (regarding powers of magistrate judges), based on a claim of ineffective assistance of counsel. (Doc. No. 38).

The defendant was convicted on December 8, 2001, after a jury trial. (Doc. No. 22: Verdict). A motion for acquittal under Rule 29 must be made within 14 days after a guilty verdict. The instant motion was not filed within that time frame, and such claims are appropriately raised pursuant to 28 U.S.C. § 2255, United States v. King, 119 F.3d 290, 295 (4th Cir. 1997).

**IT IS, THEREFORE, ORDERED,** that the defendant's motion to set aside or vacate conviction (Doc. No. 38) is DENIED without prejudice.

Signed: July 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge